JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| NBG PROPERTIES, LLC, | ) | Case No. CV 13-6341 FMO (Ex) |
| Plaintiff, | ) | |
| v. | ) | **ORDER SUMMARILY REMANDING IMPROPERLY REMOVED ACTION** |
| SIDNEY HUDDLESTON AND DOES I-III, INCLUSIVE, | ) | |
| Defendants. | ) | |

On April 22, 2013, defendant Sidney Huddleston ("Huddleston"), having been sued in what appears to be a routine unlawful detainer action in California state court, filed a "Removal From Los Angeles County Superior Court" of that action to this court in <u>NBG Properties, LLC v. Sidney Huddleston, et al.</u>, Case No. 13-2817 FMO (VBKx). On May 28, 2013, the court remanded the action Case. No. 13-2817, because it was improperly removed. (<u>See</u> Court's Order of May 28, 2013).

On August 29, 2013, Huddleston filed another Notice of Removal, attempting to remove the identical action that was remanded on May 28, 2013. (<u>Compare</u> Complaint in <u>NBG Properties, LLC v. Sidney Huddleston, et al.</u>, Case No. 13-2817 FMO (VBKx) <u>with</u> Complaint (attached to the Notice of Removal) in the instant action). Accordingly, the court will remand this improperly removed action for the reasons set forth in the Court's Order of May 28, 2013, in <u>NBG Properties, LLC v. Sidney Huddleston, et al.</u>, Case No. 13-2817 FMO (VBKx).

Based on the foregoing, IT IS ORDERED that:

1. The above-captioned action shall be **remanded** to the Superior Court of California, Los

Angeles County, Southwest District, Inglewood Courthouse, One Regent Street, Inglewood, CA 90301, for lack of subject matter jurisdiction pursuant to 28 U.S.C. § 1447(c).

2.  The Clerk shall send a certified copy of this Order along with the Court's Order of May 28, 2013, in NBG Properties, LLC v. Sidney Huddleston, et al., Case No. 13-2817 FMO (VBKx) to the state court.

Dated this 4th day of September, 2013.


                                                              /s/
                                                    Fernando M. Olguin
                                            United States District Judge